IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TIRAN RODEZ CASTEEL,<br><br>    Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | 4:14-cv-00123-RP<br><br><br><br>**ORDER** |
| TIRAN RODEZ CASTEEL,<br><br>    Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | 4:14-cv-00124-RP<br><br><br><br>**ORDER** |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TIRAN RODEZ CASTEEL,<br><br>    Defendant. | 1:08-cr-00053-RP<br><br><br><br>**ORDER** |

All district court proceedings and proceedings from the Court of Appeals are complete, and the cases are closed. Previously, Tiran Casteel sought, and the Court granted, an order directing that any remaining physical evidence be preserved as Casteel applied for a writ of certiorari from the United States Supreme Court. Citing the local rules of the district, the Court ordered that no evidence should be destroyed or returned to the parties until the case was fully resolved. *See United States v. Casteel*, 1:08-cr-00053-RP (S.D. Iowa) ("Crim. Case"), ECF No. 644. Here Tiran Casteel asks the Court to modify its pervious order to include preserving evidence beyond any Supreme Court review. The Government has filed no response to the motion.

Casteel argues he needs this DNA testing to prove his innocence. He submits a letter from the Midwest Innocence Project which states it has agreed to review his case. *See* Exhibit at 1, ECF No. 649. While the Project has agreed to review the case, it has not agreed to take the case. It also informed Casteel that the wait could take at least five to seven years before he will know the outcome of the review. *Id.*

Casteel does not state the status of his petition for writ of certiorari by the United States Supreme Court. He does not state what specific evidence he seeks to preserve in order to be tested for DNA. Nor does Casteel explain how such DNA results would show he was actually innocent of the charges.

Without any specificity as to what or how the information would be necessary to demonstrate innocense, **the Court denies Casteel's motion (ECF No. 649) to modify or amend its prior order.**

IT IS SO ORDERED.

Dated this ___5th___ day of July, 2017.

*Robert W. Pratt*
ROBERT W. PRATT, Judge
U.S. DISTRICT COURT